IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.     11-cv-02904-WYD-MJW

BROOKLYN SMITH, an individual,

    Plaintiff,

v.

WAL-MART STORES, INC., a Delaware Corporation,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THIS MATTER comes before the Court on the Stipulation of Dismissal [ECF No. 11], filed March 26, 2012.   After carefully reviewing the above-captioned case, I find that the stipulation should be approved and this case should be dismissed with prejudice pursuant to Fed. R. Civ. 41(a).   Accordingly, it is

ORDERED that the Stipulation of Dismissal [ECF No. 11], filed March 26, 2012 is **APPROVED**.   In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.

Dated:   March 27, 2012.

                                                BY THE COURT:

                                                s/ Wiley Y. Daniel
                                                WILEY Y. DANIEL,
                                                CHIEF UNITED STATES DISTRICT JUDGE